# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

October 18, 2010

Clerk, United States Bankruptcy Court
100 State Street
Rochester, NY 14614

  Re: Lloyd & Rudean White
     Chapter 7 Case No. 08-22153
     Request to Deposit Unclaimed Funds into the United States Treasury

To the Clerk of the Court:

  Enclosed please find a Trustee's check in the amount of $ 2.26. I request that the Clerk of Court deposit said funds, in the name of the creditor(s) and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

  _____ I have made a diligent effort to locate the claimant(s) for said funds, but have been unsuccessful in locating the claimant(s).

  __X__ The funds represent dividend payment(s) of less than $5.00 to the named creditor(s) and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claims Register No. |
|---|---|---|
| Unity Hospital | $ 2.26 | 5 |

            Very truly yours,

            Michael H. Arnold
            Chapter 7 Trustee

enc.
MHA/ss